*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 24, 2016          D-19-16
_____

In the Matter of ANONYMOUS, an
   Applicant for Admission to
   the Bar.                                MEMORANDUM AND ORDER

_____


Calendar Date:   February 24, 2016

Before:  McCarthy, J.P., Egan Jr., Lynch, Devine and Clark, JJ.

_____


Per Curiam.

     Applicant passed the New York State bar exam in July 2012. After a hearing, this Court's Committee on Character and Fitness issued a decision recommending disapproval of the application. Applicant now petitions for an order granting his application for admission to practice notwithstanding the Committee's decision (see Rules of the App Div [22 NYCRR] § 805.1 [m]).

     Applicant was disbarred in New Jersey in 2006 for knowingly misappropriating escrow and client trust funds.  The Committee commended his efforts at rehabilitation but nevertheless concluded that he does not possess the character and general fitness requisite for an attorney and counselor-at-law (see Judiciary Law § 90 [1] [a]).

     We conclude that the Committee acted in accordance with the relevant Court rule (see Rules of the App Div [22 NYCRR] § 805.1) and made a reasonable decision based on the record.

     McCarthy, J.P., Egan Jr., Lynch, Devine and Clark, JJ., concur.

ORDERED that the petition is denied.

ENTER:

Robert D. Mayberger
Clerk of the Court